UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NORMA FALCON,

Plaintiff,

v. Case No: 6:26-cv-1113-JSS-DCI

SECRETARY, DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.
___________________________________/

**ORDER**

Plaintiff filed a Notice of Voluntary Dismissal. (Dkt. 16.) Upon review of the docket, Defendants have neither filed an answer nor a motion for summary judgment in this matter. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order."). Accordingly, this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). All pending motions are denied as moot. The Clerk is directed to terminate any pending deadlines and close this case.

**ORDERED** in Orlando, Florida, on August 24, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record